UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:21-cr-0177-JRS-DML |
| | ) | |
| CHANCELLOR KARLA, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 20, 2021**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for an initial appearance on the Information filed on June 24, 2021. Defendant appeared in person and by FCD counsel Sam Ansell.   Government represented by AUSA Kristina Korobov.   USPO was not present.

Financial affidavit previously approved.

Charges, rights and penalties were reviewed and explained.   Information was read into the record.

Defendant signed Waiver of Indictment in open court.

The case will now proceed under the Information as the operative charging instrument.

Defendant waived formal arraignment.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a

timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived his right to a detention hearing. [Dkt. 10.]

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 7/20/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system